# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

Southern Division

| | |
|---|---|
| Haven Medlin <br> _____ <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> Michael Hislope, Jane Doe, Cox Hospital <br> _____ <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Haven M. Medlin
All other names by which you have been known:
ID Number: 1383407
Current Institution: FRC
Address: 1393 Route O
Fulton, MO 65251
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Michael Hislope
Job or Title *(if known)*: Deputy Sheriff
Shield Number: unknown
Employer: Christian County Sheriff's Office
Address: 110 W Elm St Ozark MO 65721
Ozark, MO 65721
City / State / Zip Code
[X] Individual capacity   [X] Official capacity

Defendant No. 2
Name: Jane Poe
Job or Title *(if known)*: Nurse or Doctor
Shield Number:
Employer: Cox Hospital ER Ambulance
Address: unknown
Springfield, MO 65804
City / State / Zip Code
[X] Individual capacity   [X] Official capacity

Case 6:26-cv-03141-MDH   Document 1   Filed 03/09/26   Page 2 of 15

Defendant No. 3
Name: Jane Doe
Job or Title (if known): Nurse/Doctor
Shield Number:
Employer: Cox Health South
Address: S National Ave
Springfield, MO 65804
City / State / Zip Code

☒ Individual capacity ☒ Official capacity

Defendant No. 4
Name: Other discoverable witnesses involved
Job or Title (if known): Deputy Jane Doe (1)
Shield Number: Deputy John Doe (2)
Employer: CCSO
Address: 110 W Elm St
Ozark, MO 65721
City / State / Zip Code

☒ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to life, right to be free from unreasonable searches and seizures, right to due process, right to liberty 5th, 4th, 14th amendment - Pendant Jurisdiction for State Law Claims - tort for unauthorized strip search

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 5th, 14th, and 4th amendment rights

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All defendants abused Mental Health Statue 632.305.3 to unlawfully detach Medlin in a non-mental health facility/institution, to assault and battered Medlin and render him unconcious, and to cause him to be strip searched and body cavity searched. Pursuant to RSMo §.544.193 and without authorization after responding to a false police report call, and where Medlin was unaggressive, posed no threat, and the officer and nurses did such acts out of bad faith and with cruel gross negligence per RSMo. § 632.440 and in order to seek a conviction.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other (explain) _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Events arose on or about 1/21/21 at 170 Clark Dr Highlandville MO at my home in Christian County, MO 65669 and at the Cox South E.R. in Springfield MO 65802

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Case 6:26-cv-03141-MDH   Document 1   Filed 03/09/26   Page 4 of 15

# Facts in Narrative Form

Michael Medlin, my grandfather, made a 911 call on 01/21/21 which provided false and exagerated information. Michael Hislope responded. I was sitting on the front door steps and smoking a ciggerate when he arrived. He ordered me to stand up, I complied. He then asked me to be put in cuffs. I declined, as I did not commit any felony, and the officer lacked the probable cause to believe I did anything, had any contraband, or have done anything illegal. Michael Hislope then tackled me, and because I would not let him handcuff me, he called an ambulance. Other deputys also arrived on scene and when discovered, will be added hereinupon discovery.

Ambulane worker "Jane Doe (6)" arrived and administerd a large dose of ketamine to my caboose, which rendered me unconcious until about 5 pm. I woke up at 5 pm, and then the Cox Heath Security guards ordered me out after I was given my clothes back. My rings were missing. I was strip and body cavity searched, and no chain of custody was made, thus (as I was unconcious) it can only be ascertained that I was illegally stripped search. I was charged with possession of a controlled substance a few weeks after in the mail.

The A deputy touched my genital area and according to the police report, drugs were found there, which resulted in a conviction.

Nurse Jane doe (8) failed to protect me from the erronous Mental Health hold, where recieving and administrative duty/es failed to adequately assess or ascertain a reason for a Mental Heath hold, and admitted me into the hospital.

~~The~~ During the struggle with Michael Hislope, I recieved a broken nose and injury/cut above my left eye. I recieved no care at the hospital for this. The evidence recieved as part of the criminal case shows no authorization for the strip search and no search warrant was obtained, and that the officer lacked probable cause to conduct a ~~~~ body cavity search. The search was unwarranted, unauthorized and violative of my rights. My genitals were touched and inspected. I was falsely imprisoned, assaulted and battered, and subject to an illegal strip search and body cavity search. Unnecessary or Excessive force was used to incapacitate me. The Supervisor of Michael Hislope should have been aware of the circumstances, and his failure to protect my rights and prevent Michael Hislope from violating mine makes him responsible. (requires more discovery for municipal/official responsibility to sufficiently be alleged) The other deputies did not intervene and assisted in the conspiracy to deprive me of my ~~~~ legal rights, where the actions undertaken such as holding me and neglecting to ask about probable cause resulted in a furtherance of a conspiracy.

C. What date and approximate time did the events giving rise to your claim(s) occur?

01/21/21 at approx 2am to 5pm.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had an injury on my face and a Broken nose that went unattended at the hospital. I suffered emotional distress, pain, angst, and suffering and several distrust of Law Enforcement officers. I was humiliated due to being kicked out of the hospital and denied Healthcare, with bloody clothes and face. My grandparents' wedding rings were taken off of me and not given to me at the hospital. I suffered minor abrasions and was physically hurt. I suffered injury while unconcious, including manipulation of my genitals to further Michael Hisiopes [crossed out] purpose.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$2,000 for the ambulance bill recieved for actual damages

$18,000,000 in Punitive damages to deter acts such as this again

$1,000,000 for pain and suffering damages per defendant

$500,000 ea for the loss of the rings as they are priceless family heirlooms and of sentimental value.

$1,000,000 for future therapy to remedy distrust of Christian County Sheriffs

Declaration that CCSO officers must contact their supervisor for "Mental Health Holds" and relay the cause thereof for approval

Declaration that CCSO officers must require a report after a 4 hour hold to be done by the staff

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

---

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?



☐ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?



☐ Yes
☐ No
☐ Do not know

If yes, which claim(s)?

---

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A



F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   Grievance Not to address arrests in CCJ, Christian County Jail

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?


☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _Same_
   Defendant(s) _Same_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _W. District, Same Court_

3. Docket or index number
   _Ultimately was not filed, see exhibit A_

4. Name of Judge assigned to your case
   _Sent by Mail approx 1/16/26_

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?


☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/08/25

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Haven Medlin
Prison Identification #: 1383407
Prison Address: 1393 Route O
Fulton, MO 65251

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____ City, _____ State, _____ Zip Code
Telephone Number: _____
E-mail Address: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
Office of the Clerk

Paige Wymore-Wynn
Clerk of Court

REPLY TO:
Prisoner Pro Se Office
400 East 9th Street
Kansas City, Missouri 64106

January 27, 2026

*Recieved 2/27/26*

**Re: Document returned**

**Enclosed please find a document that was received recently by the Court. This document has NOT been filed / accepted. It is being returned to you unfiled for one or more of the following reasons:**

__X__ Your document appears intended to initiate a new civil action but is not a complaint. Pursuant to Fed. R. Civ. P. 3, "[a] civil action is commenced by filing a complaint with the court." Court-approved complaint forms are enclosed.

_____ Your document is not on Court-approved forms, as directed by the Court in Doc. No. ___, dated _____. Court-approved forms are enclosed.

__X__ The document appears to be intended to be filed in a pending case but does not have a case caption or case number. Pursuant to Fed. R. Civ. P. 10(a), a case caption that includes the case number is required on all pleadings filed in a pending case before the Court.

_____ Your document appears to be intended to be filed in a different court, not the United States District Court for the Western District of Missouri. Submit your pleading to the proper court.

__X__ The writing on the document is illegible and/or too light to be scanned. Resubmit the pleading after ensuring all writing is legible and dark enough to be scanned and docketed.

_____ The document is not signed, as required by Fed. R. Civ. P. 11(a). Sign and return the document.

_____ The document requires leave of Court to file pursuant to Doc. No. ___, dated _____. Resubmit the document with a motion for leave to file.

_____ Discovery documents are not filed with the Court but instead are sent directly to opposing counsel. Only a certificate of service is filed with the Court, pursuant to Local Rule 26.3.

__X__ OTHER: First, you are housed in a facility with a scanner. As such, all documents must be filed using the facility's scanning system. Second, you have multiple documents in your envelope. Some may be a new case, and some may part of an existing case, so you need to put your case number on the document for an existing case. And three, we are enclosing a packet for a new case. If you mail back the new case. DO NOT USE PENCIL. IT IS NOT DARK ENOUGH TO SCAN. YOU MUST USE A BALLPOINT PEN WITH BLACK INK. For any document in

an existing case, DO NOT MAIL THEM TO US. USE THE SCANNER IN YOUR FACILITY.

Sincerely,

/s/ Deputy Clerk

I, Haven Medlin, declare under penalty of perjury in the United States that the Original Complaint was sent on or about 01/16/26 and in good faith, in re/ Medlin v. Michael Hislope et al

03/08/26 [signature]

A pg 2